HUDSON SHIPPING CO., INC. v. UNITED STATES

No. 6257.—Invoices dated Campanis, Brazil, April 10, 1942, etc.
        Certified April 10, 1942, etc.
        Entered at New York, N. Y., May 9, 1942, etc.
        Entry No. 750371, etc.

(Decided February 14, 1946)

No appearance by the plaintiff.

Paul P. Rao, Assistant Attorney General (Samuel D. Spector, special attorney), for the defendant.

MOLLISON, Judge: When these appeals for reappraisement were called on the calendar, no appearance was made on behalf of the plaintiff, although duly notified of the time and place thereof.

As this record contains no evidence to warrant a disturbance of the values reported by the appraiser, I find the proper values to be the appraised values.

Judgment will be rendered accordingly.

RUBIN BROS. FOOTWEAR v. UNITED STATES

No. 6258.—Invoice dated Sao Paulo, Brazil, November 16, 1941.
        Entered at New York, N. Y., March 5, 1942.
        Entry No. 741462.

(Decided February 14, 1946)

No appearance by the plaintiff.

Paul P. Rao, Assistant Attorney General (Samuel D. Spector, special attorney), for the defendant.

MOLLISON, Judge: When this appeal for reappraisement was called on the calendar, no appearance was made on behalf of the plaintiff, although duly notified of the time and place thereof.

As this record contains no evidence to warrant a disturbance of the value reported by the appraiser, I find the proper value to be the appraised value.

Judgment will be rendered accordingly.